# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **TEXAS**

FILED
MAR 18 2015

UNITED STATES OF AMERICA
V.

Roberto PATINO
USC YOB: 1988
AKA: Roberto MARTINEZ

Amended ~~AMENDED~~ **CRIMINAL COMPLAINT**

Case Number: M-15-0376-M

I, Juan Hernandez, the undersigned complainant state that the following is true and correct to the best of my Knowledge and belief. On or about **March 11, 2015** (Date) in **Hidalgo** County, in the **Southern** District of **Texas** Defendant(s) did,

knowing or in reckless disregard of the fact that Delvi Rodail PEREZ-Vail and Luis Edwin CHOGUAJ-Cuc, nationals of Guatemala, along with four (4) other undocumented aliens, for a total of six (6), who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Edinburg, Texas to a point of arrest near Donna, Texas.

in violation of Title **8** United States Code, Section(s) **1324 Felony**.

I further state that I am a(n) **Special Agent Juan Hernandez** (Official Title) And that this complaint is based on the following facts:

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: **X** Yes ___ No

OK to file. TM

Signature of Complainant
SA Juan Hernandez
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 18, 2015    at    McAllen, Texas
Date                          City and State

U.S. Magistrate Judge Peter Ormsby
Name and Title of Judicial Officer

Signature of Judicial Officer

**Attachment "A"**

On March 11, 2015, U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), McAllen, Texas received information from the Weslaco, Texas Border Patrol Station about an accident they were informed of by the Donna, Texas Police Department (PD). The PD was requesting assistance with a three vehicle accident caused by an alien loaded vehicle speeding. The accident was at the intersection of Mile 12 1/2 and FM 493 in Donna, Texas.

The driver identified himself as a United States Citizen (USC) named Roberto MARTINEZ, who was later determined to be Roberto PATINO. An inspection of the vehicle revealed six undocumented aliens (UDAs), four adult male and two adult females, including Delvi Rodail PEREZ-Vail and Luis Edwin CHGUAT-Cuc. All the UDAs claim to be citizens of Guatemala with no legal immigration status to be present in the U.S.

Donna PD informed the Weslaco Border Patrol Station all the subjects in the vehicle that caused the accident, were UDAs, except the driver. They also stated that they were at least nine subjects in the vehicle and that four subjects had already been transported to the hospital. Among the four subjects taken to the hospital, was the driver and principle Roberto PATINO. Donna PD stated that two subjects had absconded from the scene.

On March 12, 2015, HSI McAllen, Texas SA's Juan Hernandez and Eduardo Casas interviewed Roberto PATINO at the Doctors Hospital at Renaissance in Edinburg, Texas. SA Hernandez advised Roberto PATINO of his Miranda Rights as witnessed by SA Casas. PATINO stated he understood his rights and waived them by signing the waiver form. PATINO admitted he that he was the driver of the vehicle involved in the accident and knew the people he was transporting were UDAs. He stated he had picked up the UDAs at a location around Montecristo Road in Edinburg, Texas and was to transport the UDAs to a drop off location north on FM 493 in Donna, Texas.