UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 1 2015

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Criminal No. M-15-0356 |
| | § | |
| ROBERTO PATINO | § | |
| also known as Roberto Martinez | § | |

### INDICTMENT

THE GRAND JURY CHARGES:

### Count One

On or about March 11, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ROBERTO PATINO**
**also known as Roberto Martinez**

knowing and in reckless disregard of the fact that individuals, who were aliens, had come to, entered and remained in the United States in violation of law, did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors to transport and move said aliens within the United States in furtherance of such violation of law, that is, from a location near Edinburg, Texas, to another location near Donna, Texas, by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i).

### Count Two

On or about March 11, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ROBERTO PATINO**
**also known as Roberto Martinez**

knowing and in reckless disregard of the fact that Delvi Rodail Perez-Vail was an alien who had come to, entered, and remained in the United States in violation of law, did knowingly transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law, that is, from a location near Edinburg, Texas, to another location near Donna, Texas, by means of a motor vehicle, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

### Count Three

On or about March 11, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ROBERTO PATINO**
**also known as Roberto Martinez**

knowing and in reckless disregard of the fact that Luis Edwin Choguaj-Cuc was an alien who had come to, entered, and remained in the United States in violation of law, did knowingly transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law, that is, from a location near Edinburg, Texas, to another location near Donna, Texas, by means of a motor vehicle, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

## Count Four

On or about March 13, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ROBERTO PATINO**
**also known as Roberto Martinez**

did knowingly attempt to escape from custody of an officer of the United States, to wit: Christian O. Velez Gonzalez, a Border Patrol Agent with U.S. Customs and Border Protection, wherein he was held by virtue of his lawful arrest for a felony offense, to wit, Title 8, United States Code, Section 1324.

In violation of Title 18, United States Code, Section 751(a).

## Count Five

On or about March 13, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ROBERTO PATINO**
**also known as Roberto Martinez**

did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with Christian O. Velez Gonzalez, a Border Patrol Agent with U.S. Customs and Border Protection, while said agent was engaged in and on account of the performance of his official duties, by physically struggling with Agent Velez Gonzalez while attempting to remove Agent Velez Gonzalez' firearm from its holster.

In violation of Title 18, United States Code, Section 111(a)(1).

## Count Six

On or about March 13, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ROBERTO PATINO**
**also known as Roberto Martinez**

while attempting to and with the intent to commit another felony, to wit: escape from custody in violation of Title 18, United States Code, Section 751(a), did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with Christian O. Velez Gonzalez, a Border Patrol Agent with U.S. Customs and Border Protection, while said agent was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY